ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@rgrdlaw.com
        – and –
DAVID C. WALTON (167268)|
BRIAN E. COCHRAN (286202)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
davew@rgrdlaw.com
bcochran@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL E. NICK, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>VELODYNE LIDAR, INC. f/k/a GRAF INDUSTRIAL CORP., ANAND GOPALAN, ANDREW HAMER, JAMES A. GRAF, MICHAEL DEE, OC OPPORTUNITIES FUND II, L.P., OWL CREEK ASSET MANAGEMENT, L.P. and GRAF ACQUISITION LLC,<br><br>            Defendants. | Case No. 4:21-cv-01950-JST<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |

4818-7206-0911.v1

PLEASE TAKE NOTICE THAT plaintiff Carol E. Nick hereby voluntarily dismisses the complaint without prejudice against all defendants.  A class has not been certified in this action and no defendant in this action has served an answer or motion for summary judgment.

| | |
|---|---|
| DATED:  June 17, 2021 | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> SHAWN A. WILLIAMS |
| | <u>       s/ Shawn A. Williams       </u> <br> SHAWN A. WILLIAMS |
| | Post Montgomery Center <br> One Montgomery Street, Suite 1800 <br> San Francisco, CA  94104 <br> Telephone:  415/288-4545 <br> 415/288-4534 (fax) <br> shawnw@rgrdlaw.com |
| | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> DAVID C. WALTON <br> BRIAN E. COCHRAN <br> 655 West Broadway, Suite 1900 <br> San Diego, CA  92101-8498 <br> Telephone:  619/231-1058 <br> 619/231-7423 (fax) <br> davew@rgrdlaw.com <br> bcochran@rgrdlaw.com |
| | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> SAMUEL H. RUDMAN <br> 58 South Service Road, Suite 200 <br> Melville, NY  11747 <br> Telephone:  631/367-7100 <br> 631/367-1173 (fax) <br> srudman@rgrdlaw.com |
| | JOHNSON FISTEL, LLP <br> FRANK J. JOHNSON <br> 655 West Broadway, Suite 1400 <br> San Diego, CA  92101 <br> Telephone:  619/230-0063 <br> 619/255-1856 (fax) <br> frankj@johnsonfistel.com |
| | Attorneys for Plaintiff |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)4:21-cv-01950-JST - 1 -
4818-7206-0911.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 17, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  shawnw@rgrdlaw.com

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)4:21-cv-01950-JST
4818-7206-0911.v1

# Mailing Information for a Case 4:21-cv-01950-JST Nick v. Velodyne Lidar, Inc. f/k/a Graf Industrial Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William Zachary Brenc**
  william.brenc@wilmerhale.com,william-brenc-3258@ecf.pacerpro.com,barbara.palomo@wilmerhale.com,whdocketing@wilmerhale.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Frank James Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,kristeno@johnsonfistel.com,ceciliar@johnsonfistel.com,paralegal@johnsonfistel.com,brettm@johnsonfistel.com

- **Sarah E. Maciel**
  Sarah.Maciel@wilmerhale.com

- **Kevin Peter Muck**
  Kevin.Muck@wilmerhale.com,whdocketing@wilmerhale.com,joann.ambrosini@wilmerhale.com

- **Susan Samuels Muck**
  susan.muck@wilmerhale.com,whdocketing@wilmerhale.com,susan-muck-3159@ecf.pacerpro.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`